UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIM GRUETT, suing as Timothy D. Gruett; TERI JO TEIGLAND, suing as Teri J. Teigland,

Plaintiffs,

vs CV 01-135 RHK/JMM

MARK PITZELE, ATTORNEY AT LAW; XACT! RECOVERY AND VERIFICATION,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated:June 8, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED JUN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK