**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Timothy D. Gruett,
Teri J. Teigland,

**Court File No. CV 01-135 RHK/JMM**

Plaintiffs,

vs.

**STIPULATION OF DISMISSAL AND ORDER**

Mark Pitzele, Xact!
Recovery and Verification,

Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiffs may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 11 June 2001

By ______________________
Steven T. Appelget (#236998)
**Attorney for Plaintiffs**
1102 Grand Avenue
St. Paul, MN 55105
651-224-5079

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 14 2001
DEPUTY CLERK ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 6/8/01

By [signature]
Michael A. Klutho (License #186302)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 6/14/01

[signature]
Judge of United States District Court

286149.WPD